UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 12-0053-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KENTUCKY NATIONAL GUARD, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Pro se Plaintiff Michael Dean Vaughan has filed a civil complaint [Record No. 2] and a motion to proceed *in forma pauperis*. [Record No. 1] The Court has reviewed the affidavit in support of his motion to proceed *in forma pauperis* and concludes pursuant to 28 U.S.C. § 1915(a)(1) that the Plaintiff has sufficient income to pay the filing fee. Accordingly, it is hereby

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* [Record No. 1] is **DENIED**. Vaughan is given fourteen (14) days from the entry of this Order to pay the full filing fee. If the full fee is not paid within this additional time period, the Clerk of Court is directed to strike the Complaint and dismiss this action from the docket.

This 28th day of February, 2012.



-1-